# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RADLEY J. BRADFORD,<br><br>  Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No. 4:21-cv-02400 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RADLEY J. BRADFORD, and the Defendant, JP MORGAN CHASE BANK, N.A., through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 7, 2022                Respectfully Submitted,

| RADLEY J. BRADFORD | JP MORGAN CHASE BANK, N.A. |
|---|---|
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan, Esq.<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>630-575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/ Gregg D. Stevens*<br>Gregg D. Stevens<br>Texas State Bar No. 19182500<br>McGlinchey Stafford PLLC<br>Three Energy Square<br>6688 N. Central Expressway, Ste. 400<br>Dallas, Texas 75206<br>Telephone: (214) 445.2445<br>gstevens@mcglinchey.com<br><br>Kathryn B. Davis<br>Texas State Bar No. 24050364<br>McGlinchey Stafford PLLC<br>1001 McKinney Street, Suite 1500<br>Houston, Texas 77002<br>Telephone: (713) 335-2136<br>kdavis@mcglinchey.com<br>*Attorneys for Defendant* |